# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: MESSERICH, STEPHEN G. | § | Case No. 12-60101 |
| MESSERICH, CHARLENE M. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Gene W. Doeling, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $483,706.00
*(without deducting any secured claims)*          Assets Exempt: $77,745.00

Total Distribution to Claimants: $16,076.04          Claims Discharged
                                                      Without Payment: $2,506,138.04

Total Expenses of Administration: $2,747.96

3) Total gross receipts of $    18,824.00    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $18,824.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $671,463.00 | $617,132.60 | $617,132.60 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,747.96 | 2,747.96 | 2,747.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 87,347.00 | 108,461.54 | 108,461.54 | 16,076.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,017,775.00 | 1,022,418.54 | 1,022,418.54 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,776,585.00 | $1,750,760.64 | $1,750,760.64 | $18,824.00 |

4)  This case was originally filed under Chapter 7 on February 01, 2012.
The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2013                    By: /s/Gene W. Doeling
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER PERSONAL PROPERTY | 1129-000 | 105.50 |
| OTHER PERSONAL PROPERTY | 1129-000 | 105.50 |
| TAX REFUNDS | 1224-000 | 3,884.00 |
| TAX REFUNDS | 1224-000 | 9,232.00 |
| INTERESTS IN INSURANCE POLICIES | 1129-000 | 5,497.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,824.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | MACARTHUR CO | 4110-000 | 448,895.00 | 461,967.14 | 461,967.14 | 0.00 |
| 2 | TCF National Bank | 4110-000 | 150,233.00 | 155,165.46 | 155,165.46 | 0.00 |
| NOTFILED | Central Bank f/k/a The River Bank | 4110-000 | 72,335.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$671,463.00** | **$617,132.60** | **$617,132.60** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gene W. Doeling | 2100-000 | N/A | 2,632.40 | 2,632.40 | 2,632.40 |
| Gene W. Doeling | 2200-000 | N/A | 15.20 | 15.20 | 15.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.08 | 25.08 | 25.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.84 | 36.84 | 36.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.44 | 38.44 | 38.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,747.96 | $2,747.96 | $2,747.96 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | IRS | 5800-000 | 53,973.00 | 108,461.54 | 108,461.54 | 16,076.04 |
| NOTFILED | Minnesota Department of Revenue Collections | 5200-000 | 33,374.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $87,347.00 | $108,461.54 | $108,461.54 | $16,076.04 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | MACARTHUR CO | 7100-000 | N/A | 197,091.21 | 197,091.21 | 0.00 |
| 3 | Central Minnesota Federal Credit Union | 7100-000 | 251,204.00 | 249,286.18 | 249,286.18 | 0.00 |
| 4 | Discover Bank | 7100-000 | 3,251.00 | 3,458.01 | 3,458.01 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 5 | Discover Bank | 7100-000 | 4,385.00 | 4,536.27 | 4,536.27 | 0.00 |
| 6 | Discover Bank | 7100-000 | 2,063.00 | 2,194.37 | 2,194.37 | 0.00 |
| 7 | American InfoSource LP as agent for | 7100-000 | 296.00 | 385.92 | 385.92 | 0.00 |
| 8 | Advanta Bank Corporation | 7100-000 | 19,804.00 | 18,984.96 | 18,984.96 | 0.00 |
| 10 | Breezypoint Timeshare | 7100-000 | 2,488.00 | 2,508.40 | 2,508.40 | 0.00 |
| 11 | First National Bank of Omaha | 7100-000 | 6,898.00 | 7,329.22 | 7,329.22 | 0.00 |
| 12 | American Express Bank FSB | 7100-000 | 1,382.00 | 1,382.11 | 1,382.11 | 0.00 |
| 13 | CERASTES, LLC | 7100-000 | N/A | 494.24 | 494.24 | 0.00 |
| 14 | CERASTES, LLC | 7100-000 | 1,697.00 | 1,562.69 | 1,562.69 | 0.00 |
| 15 | GE Capital Retail Bank | 7100-000 | 1,942.00 | 2,262.08 | 2,262.08 | 0.00 |
| 16 | Midland Funding LLC | 7100-000 | 932.00 | 985.13 | 985.13 | 0.00 |
| 17 | Portfolio Recovery Associates, LLC | 7100-000 | 8,166.00 | 8,370.89 | 8,370.89 | 0.00 |
| 18 | American Express Bank FSB | 7100-000 | 8,313.00 | 8,312.76 | 8,312.76 | 0.00 |
| 19 | Central Bank | 7100-000 | 2,202.00 | 2,260.45 | 2,260.45 | 0.00 |
| 20 | Central Bank | 7100-000 | N/A | 79,080.87 | 79,080.87 | 0.00 |
| 21 | All Seasons Rental | 7100-000 | 4,749.00 | 6,530.57 | 6,530.57 | 0.00 |
| 22 | DEX ONE | 7100-000 | 127,809.00 | 138,232.18 | 138,232.18 | 0.00 |
| 23 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,156.34 | 1,156.34 | 0.00 |
| 24 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,892.57 | 5,892.57 | 0.00 |
| 25 | Capital One Bank (USA), N.A. | 7100-000 | 7,118.00 | 7,117.83 | 7,117.83 | 0.00 |
| 26 | Capital One Bank (USA), N.A. | 7100-000 | 6,688.00 | 6,688.12 | 6,688.12 | 0.00 |
| 27 | Capital One Bank (USA), N.A. | 7100-000 | 502.00 | 553.10 | 553.10 | 0.00 |
| 28 | American Express Bank FSB | 7100-000 | 4,217.00 | 4,217.26 | 4,217.26 | 0.00 |
| 29 | FIA CARD SERVICES, N.A. | 7100-000 | 18,582.00 | 18,582.39 | 18,582.39 | 0.00 |
| 30 | FIA CARD SERVICES, N.A. | 7100-000 | 6,235.00 | 6,409.72 | 6,409.72 | 0.00 |
| 31 | FIA CARD SERVICES, N.A. | 7100-000 | 7,523.00 | 7,623.36 | 7,623.36 | 0.00 |
| 32 | FIA CARD SERVICES, N.A. | 7100-000 | 10,100.00 | 10,698.58 | 10,698.58 | 0.00 |
| 33 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 2,145.00 | 2,229.32 | 2,229.32 | 0.00 |
| 34 | US BANK N.A. as Servicer for LEXUS FINANCIAL SERVI | 7100-000 | 20,986.00 | 21,500.13 | 21,500.13 | 0.00 |
| 35 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 8,564.39 | 8,564.39 | 0.00 |
| 36 | Portfolio Recovery Associates, LLC | 7100-000 | 4,176.00 | 4,403.56 | 4,403.56 | 0.00 |
| 37 | Portfolio Recovery Associates, LLC | 7100-000 | 25,591.00 | 26,291.03 | 26,291.03 | 0.00 |
| 38 | American Express Bank FSB | 7100-000 | 10,068.00 | 10,385.41 | 10,385.41 | 0.00 |
| 39 | American Express Centurion Bank | 7100-000 | 3,942.00 | 3,942.07 | 3,942.07 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | Concrete Coatings Inc. | 7100-000 | 6,000.00 | 18,800.50 | 18,800.50 | 0.00 |
| 41 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 9,764.00 | 10,344.89 | 10,344.89 | 0.00 |
| 42 | Capital One, N.A. | 7100-000 | N/A | 303.03 | 303.03 | 0.00 |
| 43 | Capital One, N.A. | 7100-000 | 638.00 | 708.23 | 708.23 | 0.00 |
| 44 | State Farm Bank | 7100-000 | 8,776.00 | 8,982.52 | 8,982.52 | 0.00 |
| 45 | Ramona Lagundo | 7100-000 | 55,000.00 | 96,000.00 | 96,000.00 | 0.00 |
| 46 | Capital One NA | 7100-000 | 3,279.00 | 3,272.55 | 3,272.55 | 0.00 |
| 47 | BMO Harris Bank NA | 7100-000 | N/A | 1,544.07 | 1,544.07 | 0.00 |
| 48 | Citibank, N.A. | 7100-000 | 904.00 | 959.06 | 959.06 | 0.00 |
| NOTFILED | Household Bank | 7100-000 | 2,193.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 1,757.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | 595.00 | N/A | N/A | 0.00 |
| NOTFILED | Hasses Estimating Service | 7100-000 | 3,830.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 5,807.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Sales | 7100-000 | 1,018.00 | N/A | N/A | 0.00 |
| NOTFILED | East Metro Endoscopy Center | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| NOTFILED | Diners Club | 7100-000 | 1,530.00 | N/A | N/A | 0.00 |
| NOTFILED | Gislason & Hunter LLP | 7100-000 | 4,652.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport State Bank Visa | 7100-000 | 5,081.00 | N/A | N/A | 0.00 |
| NOTFILED | Goodin Company | 7100-000 | 16,983.00 | N/A | N/A | 0.00 |
| NOTFILED | ERS Digital | 7100-000 | 11,111.00 | N/A | N/A | 0.00 |
| NOTFILED | Construction Midwest Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 4,074.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 2,987.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 10,587.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 1,917.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 5,355.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 5,248.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 1,791.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards Processing Center | 7100-000 | 15,253.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mortgage | 7100-000 | 156,098.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Menards | 7100-000 | 2,494.00 | N/A | N/A | 0.00 |
| NOTFILED | Creative Marketing Concepts | 7100-000 | 362.00 | N/A | N/A | 0.00 |
| NOTFILED | Construction Materials Inc. | 7100-000 | 3,176.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Connexus | 7100-000 | 358.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibusiness Card | 7100-000 | 3,408.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibusiness Card | 7100-000 | 3,796.00 | N/A | N/A | 0.00 |
| NOTFILED | Dans Towing | 7100-000 | 534.00 | N/A | N/A | 0.00 |
| NOTFILED | J H Larson Electrical | 7100-000 | 5,675.00 | N/A | N/A | 0.00 |
| NOTFILED | Integra Telecom | 7100-000 | 512.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Visa Card | 7100-000 | 4,315.00 | N/A | N/A | 0.00 |
| NOTFILED | The Riverbank Murnane Brandt | 7100-000 | 72,335.00 | N/A | N/A | 0.00 |
| NOTFILED | Speedway | 7100-000 | 603.00 | N/A | N/A | 0.00 |
| NOTFILED | Roofers Local 96 Wilson McShane Corp | 7100-000 | 25,173.00 | N/A | N/A | 0.00 |
| NOTFILED | Print Central | 7100-000 | 978.00 | N/A | N/A | 0.00 |
| NOTFILED | Ramona Lagundo Randall Bank | 7100-000 | 41,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Motors Inc. | 7100-000 | 14,248.00 | N/A | N/A | 0.00 |
| NOTFILED | United Rentals | 7100-000 | 6,123.00 | N/A | N/A | 0.00 |
| NOTFILED | Tire Warehouse | 7100-000 | 720.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 1,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Western National Insurance | 7100-000 | 10,982.00 | N/A | N/A | 0.00 |
| NOTFILED | Water Proofing By Experts | 7100-000 | 172,354.00 | N/A | N/A | 0.00 |
| NOTFILED | Walters | 7100-000 | 314.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 7,638.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 7,130.00 | N/A | N/A | 0.00 |
| NOTFILED | Peppermill Casino State Collection Service | 7100-000 | 5,124.00 | N/A | N/A | 0.00 |
| NOTFILED | Peppermill Casino State Collection Service | 7100-000 | 3,590.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's | 7100-000 | 296.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 1,992.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake Charles Association c/o Advantage Property | 7100-000 | 9,352.00 | N/A | N/A | 0.00 |
| NOTFILED | Johnson Products LLC | 7100-000 | 6,478.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 5,059.00 | N/A | N/A | 0.00 |
| NOTFILED | J&S Holmquist Inc. | 7100-000 | 4,851.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 3,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Menard Retail Services | 7100-000 | 2,898.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's Visa | 7100-000 | 6,943.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Capital Insurance | 7100-000 | 1,346.00 | N/A | N/A | 0.00 |
| NOTFILED | Office Depot | 7100-000 | 4,820.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | National Roofers Industry Zenith Admin. | 7100-000 | 42,355.00 | N/A | N/A | 0.00 |
| NOTFILED | Minnesota Occupational Health | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards HSBC Business Credit Card | 7100-000 | 16,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Minnesota Central Credit Union | 7100-000 | 152,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Intercontinental Construction & Equipment | 7100-000 | 10,792.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank N.A. | 7100-000 | 30,746.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,421.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 10,175.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 4,485.00 | N/A | N/A | 0.00 |
| NOTFILED | American Finasco Inc. | 7100-000 | 12,650.00 | N/A | N/A | 0.00 |
| NOTFILED | Allina | 7100-000 | 431.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 1,382.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 4,184.00 | N/A | N/A | 0.00 |
| NOTFILED | Bankcard Services | 7100-000 | 7,283.00 | N/A | N/A | 0.00 |
| NOTFILED | Cemstone Contractor Supply | 7100-000 | 36,675.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Minnesota Federal Credit Union | 7100-000 | 160,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank USA NA | 7100-000 | 13,806.00 | N/A | N/A | 0.00 |
| NOTFILED | Brock White Company LLC | 7100-000 | 2,724.00 | N/A | N/A | 0.00 |
| NOTFILED | Building Fasteners | 7100-000 | 679.00 | N/A | N/A | 0.00 |
| NOTFILED | Advantage Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advanta Credit Cards | 7100-000 | 18,985.00 | N/A | N/A | 0.00 |
| NOTFILED | Minnesota Department of Revenue Collection Division | 7100-000 | 103,336.00 | N/A | N/A | 0.00 |
| NOTFILED | Aduddell Restoration & Waterproofing Inc. | 7100-000 | 5,410.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 14,570.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,017,775.00 | $1,022,418.54 | $1,022,418.54 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-60101

**Case Name:** MESSERICH, STEPHEN G.
MESSERICH, CHARLENE M.

**Period Ending:** 04/19/13

**Trustee:** (540080)   Gene W. Doeling

**Filed (f) or Converted (c):** 02/01/12 (f)

**§341(a) Meeting Date:** 04/09/12

**Claims Bar Date:** 10/29/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10818 Angler Trail, Grey Eagle MN 56336 | 458,500.00 | 0.00 | | 0.00 | FA |
| 2 | REAL PROPERTY<br>Breezy Point timeshare | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CASH ON HAND | 5.00 | 5.00 | | 0.00 | FA |
| 4 | Central MN Fed Credit Melrose Central Bank<br>Lindstrom TCF Central MN Fed Credit Melrose | 19.00 | 19.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 3,500.00 | 0.00 | | 0.00 | FA |
| 6 | BOOKS AND ART OBJECTS | 500.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Federated Insurance Co. policy 1, Federated<br>Insurance Co. policy 2, Federated Insruance Co.<br>policy 3 | 10,682.00 | 0.00 | | 0.00 | FA |
| 10 | STOCK AND BUSINESS INTERESTS<br>Waterproofing by Experts, Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 11 | STOCK AND BUSINESS INTERESTS<br>C & S Properties | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | STOCK AND BUSINESS INTERESTS<br>C & S Management, Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES<br>2003 Yukon | 4,000.00 | 0.00 | | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES<br>1969 Ford | 4,500.00 | 0.00 | | 0.00 | FA |
| 15 | OTHER PERSONAL PROPERTY<br>unpaid wages - husband | Unknown | Unknown | | 105.50 | FA |
| 16 | OTHER PERSONAL PROPERTY<br>unpaid wages - wife | Unknown | Unknown | | 105.50 | FA |
| 17 | TAX REFUNDS  (u)<br>state tax refund | Unknown | Unknown | | 3,884.00 | FA |
| 18 | TAX REFUNDS  (u)<br>federal tax refund | Unknown | Unknown | | 9,232.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-60101

**Case Name:** MESSERICH, STEPHEN G.

MESSERICH, CHARLENE M.

**Period Ending:** 04/19/13

**Trustee:** (540080)   Gene W. Doeling

**Filed (f) or Converted (c):** 02/01/12 (f)

**§341(a) Meeting Date:** 04/09/12

**Claims Bar Date:** 10/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19   INTERESTS IN INSURANCE POLICIES <br>       Thrivent insurance policy | 5,087.00 | 5,087.00 | | 5,497.00 | FA |
| 20   VOID-DUPLICATE | 0.00 | 0.00 | | 0.00 | FA |
| **20   Assets   Totals** (Excluding unknown values) | **$488,793.00** | **$5,111.00** | | **$18,824.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR

**Initial Projected Date Of Final Report (TFR):**     June 30, 2013

**Current Projected Date Of Final Report (TFR):**     December 14, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-60101
**Case Name:** MESSERICH, STEPHEN G.
MESSERICH, CHARLENE M.
**Taxpayer ID #:** **-***1858
**Period Ending:** 04/19/13

**Trustee:** Gene W. Doeling (540080)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******81-66 - Checking Account
**Blanket Bond:** $20,007,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/12 | {17} | State of Minnesota | 2011 State Tax Refund | 1224-000 | 3,884.00 | | 3,884.00 |
| 08/30/12 | {18} | United States Treasury | 2011 Federal Tax Refund | 1224-000 | 9,232.00 | | 13,116.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.08 | 13,090.92 |
| 10/09/12 | {19} | THRIVENT FINANCIAL FOR LUTHERANS | nonexempt value in insurance policy | 1129-000 | 5,087.00 | | 18,177.92 |
| 10/29/12 | | CHARLENE & STEPHEN MESSERICH | Payment for nonexempt wages, insurance policy nonexempt cash value | | 621.00 | | 18,798.92 |
| | {15} | | 105.50 | 1129-000 | | | 18,798.92 |
| | {19} | | 410.00 | 1129-000 | | | 18,798.92 |
| | {16} | | 105.50 | 1129-000 | | | 18,798.92 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.84 | 18,762.08 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.44 | 18,723.64 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001054008088 20130117 | 9999-000 | | 18,723.64 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 18,824.00 | 18,824.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 18,723.64 |
| **Subtotal** | 18,824.00 | 100.36 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | $18,824.00 | $100.36 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-60101
**Case Name:** MESSERICH, STEPHEN G.
MESSERICH, CHARLENE M.
**Taxpayer ID #:** **-***1858
**Period Ending:** 04/19/13

**Trustee:** Gene W. Doeling (540080)
**Bank Name:** Rabobank, N.A.
**Account:** ****226366 - Checking Account
**Blanket Bond:** $20,007,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,723.64 | | 18,723.64 |
| 03/08/13 | 10101 | IRS | Dividend paid 14.82% on $108,461.54; Claim# 9; Filed: $108,461.54; Reference: | 5800-000 | | 16,076.04 | 2,647.60 |
| 03/08/13 | 10102 | Gene W. Doeling | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,647.60 | 0.00 |
| | | | Dividend paid 100.00%        2,632.40 on $2,632.40;  Claim# ; Filed: $2,632.40 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%        15.20 on $15.20;  Claim# ; Filed: $15.20 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 18,723.64 | 18,723.64 | $0.00 |
| Less: Bank Transfers | 18,723.64 | 0.00 | |
| **Subtotal** | **0.00** | **18,723.64** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$18,723.64** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******81-66** | **18,824.00** | **100.36** | **0.00** |
| **Checking # ****226366** | **0.00** | **18,723.64** | **0.00** |
| | **$18,824.00** | **$18,824.00** | **$0.00** |

{} Asset reference(s)